UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| WILLIAM J. HENDERSON, IV, | ) ) | 5:22-CV-450-BO-RJ |
| Defendant. | ) ) ) | |

**Decision by Court.**
This cause comes before the Court on plaintiffs motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendant has failed to respond, and the time for doing so has expired. In this posture, the motion is ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs motion for summary judgment [DE 17] is GRANTED. Judgment shall be entered in favor of the United States and against William J. Henderson IV for unpaid federal income taxes for tax year 2011 in the amount of $1,711,334 as of May 20, 2024, plus statutory additions to tax accruing from that date.

This case is closed.

**This judgment filed and entered on October 3, 2024, and served on:**
Stephanie Sasarak (via CM/ECF NEF)
Jonathan Carroll (via CM/ECF NEF)
William Henderson, IV (via US Mail to 86 Leaning Pine Circle, Spring Lake, NC 28390)

October 3, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk